EASTERN DIST.
*May*, 1836.

FRERET ET AL.
*vs.*
MARIGNY.

### FRERET ET AL. *vs.* MARIGNY.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

> Where the appellants prayed the affirmance of the judgment from which
> they appealed, and the adverse party not appearing, to dismiss the appeal,
> the judgment was affirmed at the cost of the party appealing.

The plaintiffs, Freret, Brothers, sued Bernard Marigny
for the rescission of a sale of a tract of land or plantation,
alleging a defect of title. Marigny cited in his vendors in
warranty, and after an investigation of the several titles, the
District Court decreed the land to belong to the plaintiffs,
free from all claims, &c., but that they pay the costs of suit.
They appealed.

*J. Slidell,* for the plaintiffs and appellants, made the
following point in this case :

1. The judgment of the District Court is in conformity
with the law and evidence, and should be affirmed.

*Martin, J.,* delivered the opinion of the court.

The plaintiffs in this case have appealed from a judgment,
which appears to have accorded to them all that they
required or prayed for ; but they complain in this court, that
it condemns them to pay costs.

On the other hand, the appellee has filed no answer,
and says nothing. The appellants now present the novel
spectacle of having abandoned the apparent attempt to be
relieved from the payment of costs, and to obtain them from
the appellee ; for they have come into this court, and prayed
that the judgment they appealed from, be affirmed.

This singular demand on their part, has not been opposed
by the adverse party, who have not appeared and prayed for
the dismissal of the appeal. We will, therefore, grant the
prayer of the party supplicating.

*Where the appellants prayed the affirmance of the judgment from which they appealed, and the adverse party not appearing, to dismiss the appeal, the judgment was affirmed at the cost of the party appealing.*

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed; the appellants paying the costs of the appeal.